No. 813. SHAPIRO, COMMISSIONER OF WELFARE OF THE STATE OF CONNECTICUT v. THOMPSON. Appeal from D. C. Conn. (Probable jurisdiction noted, 389 U. S. 1032);

No. 1134. WASHINGTON ET AL. v. LEGRANT ET AL. Appeal from D. C. D. C. (Probable jurisdiction noted, 390 U. S. 940); and

No. 1138. REYNOLDS ET AL. v. SMITH ET AL. Appeal from D. C. E. D. Pa. (Probable jurisdiction noted, 390 U. S. 940.) These cases are restored to the calendar for reargument.

No. 1469. PALMIERI v. FLORIDA. Sup. Ct. Fla. (Certiorari granted, 391 U. S. 934.) Motion of petitioner for appointment of counsel granted. It is ordered that *Phillip Goldman, Esquire,* of Miami, Florida, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.